| | | | | |
|---|---|---|---|---|
| Rose v. Rose | 02A03–1611–DR–2640 | 04/27/2017 | NAJAM, J. | Affirmed in part and Reversed in part |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Greenleaf v. State | 79A02–1511–CR–1862 | 04/27/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Balser v. State | 20A03–1608–CR–2002 | 04/27/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Woodring v. State | 55A01–1602–PC–327 | 04/27/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| N.S., Matter of | 71A03–1611–JT–2568 | 04/27/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Jordan v. State | 02A03–1612–CR–2750 | 04/27/2017 | NAJAM, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Barnes v. State | 39A01–1610–CR–2313 | 04/27/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Hickey v. Schaadt | 02A04–1611–CT–2672 | 04/27/2017 | BAILEY, J. | Reversed and Remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |
| Baker v. Fall Creek Housing Partners, LLC | 49A02–1605–CT–1060 | 04/28/2017 | BROWN, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| State v. Mozee | 10A04–1610–CR–2336 | 04/28/2017 | KIRSCH, J. | Reversed and Remanded |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| C.D., Matter of | 49A02–1611–JT–2466 | 04/28/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |